## SMITH v. SMITH.

[No. 11,581.   Filed May 29, 1923.]

From Marion Superior Court (A 13,488) ; *Theophilus J. Moll,* Judge.

Action between Maynard C. Smith and Sallie Smith.  From the judgment rendered, the former appeals.  *Affirmed.*

*O. H. Mendenhall,* for appellant.

BATMAN, J.—Affirmed on authority of *Fostoria Oil Co.* v. *Gardner* (1919), 72 Ind. App. 509, 517, 124 N. E. 467, and cases there cited.

## PEERLESS PATTERN COMPANY v. SOWERWINE.

[No. 11,612. Filed May 29, 1923.]

From Grant Superior Court; *Robert F. Murray,* Judge.

Action between the Peerless Pattern Company and Charles W. Sowerwine.   From the judgment rendered, the former appeals. *Affirmed.*

*William A. Branyan* and *Wilbur E. Branyan,* for appellant. *C. K. Lucas, H. B. Spencer* and *H. W. Kacy,* for appellee.

PER CURIAM.—Judgment affirmed.

## BIXLER v. CARLTON.

[No. 11,596.   Filed May 29, 1923.]

From Allen Circuit Court; *Sol A. Wood,* Judge.

Action between Eli Bixler and John Carlton.  From the judgment rendered, the former appeals.  *Affirmed.* .

*L. C. DeVoss,* for appellant.
*Moran & Gillespie* and *Francis M. Cottrell,* for appellee.

PER CURIAM.—Judgment affirmed.